1151

COM.

v.

TRESSELT, J.

1322 MDA 2016

Superior Court of Pennsylvania.

04/10/2017

CP–38–CR–0000489–2014, CP–38–CR–0001040–2014 (Lebanon)

Affirmed

COM.

v.

AXE, C.

1338 MDA 2016

Superior Court of Pennsylvania.

04/10/2017

CP–67–CR–0001975–2011 (York)

Affirmed

A.A.L.

v.

S.J.L. and M.L.A.

603 WDA 2016

Superior Court of Pennsylvania.

04/10/2017

2015–450 (Cambria)

Affirmed

COM.

v.

SHIELDS, A.

837 WDA 2016

Superior Court of Pennsylvania.

04/10/2017

CP–25–CR–0002210–2015 (Erie)

Affirmed

COM.

v.

BEAL, T.

899 WDA 2016

Superior Court of Pennsylvania.

04/10/2017

CP–26–CR–0002208–2015 (Fayette)

Affirmed

